# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2008

137211

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ELMER'S CRANE & DOZER, INC.,
        Plaintiff-Appellee,

v

AWM CORPORATION, d/b/a NATIONAL
CONCRETE CONSTRUCTION ASSOCIATES,
        Defendant,
and

JOSEPH F. DOA,
        Defendant-Appellant.

SC: 137211
COA: 278229
Roscommon CC: 04-725031

_____/

On order of the Court, the application for leave to appeal the July 24, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008

Clerk